AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00033 |
|  | ) Assigned To : Judge G. Michael Harvey |
| Michael Picciuto | ) Assign. Date : 1/29/2024 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of     January 6, 2021     in the county of _____ in the _____ in the District of   Columbia  , the defendant(s) violated:

*Code Section*                                           *Offense Description*

18 U.S.C. § 231(a)(3) – Obstructing, Impeding, or Interfering with Law Enforcement,
18 U.S.C. § 1363 – Destruction or Injury to Buildings or Property in Special Maritime and Territorial Jurisdiction,
18 U.S.C. § 1752(a)(1) – Entering or Remaining in Any Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) – Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) – Violent Entry and Disorderly Conduct on Capitol Grounds.
40 U.S.C. § 5104(e)(2)(F) – Act of Physical Violence on U.S. Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capitol Building

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements by telephone.

Date:    01/29/2024

_____
*Judge's signature*

City and state:       Washington, D.C.            G. Michael Harvey U.S. Magistrate Judge
*Printed name and title*