IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | NO. 1:24-cr-290 |
| | : | |
| MICHAEL PICCIUTO | : | |
| | : | |
| | : | |

**JOINT MOTION TO WITHDRAW FROM REPRESENTATION, SUBSTITUTE COUNSEL AND CONTINUE TRIAL DATE**

Defendant Michael Picciuto hereby moves to substitute new counsel as counsel of record and continue his trial date. Undersigned counsel Jay Crook moves for leave to withdraw from representation in favor of new counsel. In support of these requests Mr. Picciuto asserts as follows:

1. The Court has scheduled a bench trial on January 13, 2025 and a series of deadlines leading up to that date. ECF 26 (scheduling order).

2. Mr. Picciuto wishes to substitute the undersigned Charles Burnham as counsel of record. Undersigned counsel is a member of the Court's bar and counsel in several other January 6 cases.

3. Mr. Crook requests leave of the Court to withdraw from this representation.

4. New counsel needs additional time to prepare to represent Mr. Picciuto at the January 13 trial including meeting with Mr. Picciuto and reviewing the

discovery. In addition to the holidays substitute counsel has the following commitments between now and January 13:

    a. Fourth Circuit Appellate brief due December 9;

    b. Argument before the DC Board of Professional Responsibility December 19;

    c. Major filing to the DC Board of Professional Responsibility due December 31;

    d. Sentencing memorandum in January 6th case due January 3;

    e. Sentencing in January 6th case before this Court on January 10;

    f. Fourth Circuit Appellate brief Due January 15.

5. Undersigned counsel has reached out to counsel for the government for their position by phone and did not receive an immediate response.

For the foregoing reasons, defendant Michael Picciuto respectfully requests that Mr. Crook be allowed to withdraw from this matter, that attorney Charles Burnham be substituted as counsel, and that his bench trial be continued to a date convenient for the Court and the parties.

Respectfully submitted,

By: /s/ Charles Burnham
Charles Burnham, Esq.
DC Bar 1003464
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

Respectfully Submitted,

/s/ Jay F. Crook
Jay F. Crook #0078499
Jay F. Crook Attorney at Law, LLC
30601 Euclid Avenue
Wickliffe, OH 44092
PH: 440-725-6203
EMAIL: jaycrooklaw@outlook.com