# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**v.**

**MICHAEL PICCIUTO ,**

**Defendant.**

**CASE NO. 1:24-cr-00290 (DLF)**

## OPPOSITION TO MOTION TO CONTINUE TRIAL DATE

In the normal course of business, the government would oppose Michael Picciuto's ("defendant") Motion to Continue his January 13, 2025 trial date. *See* ECF No. 35. We are less than six weeks away from trial, the government has taken substantial steps to prepare, and the Court has already denied a previous Motion to Continue and explicitly stated that it "[would] not grant any continuances with regards to the trial date." August 27, 2024 Minute Order.

The government and the defendant's new counsel, Charles Burnham, spoke earlier today and Mr. Burnham has proffered reasons that the court may further consider in determining whether a continuance is appropriate. The Government requests the court deny the defendant's motion to continue; however, if the Court finds a continuance is merited, the Government would request a trial date be set as soon as practicable.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:    */s/ Matthew Beckwith*
    MATTHEW BECKWITH
    DC Bar No: 90014452
    Assistant United States Attorney

1

601 D Street, N.W.
Washington, D.C. 20004
(202) 252-7109
Matthew.beckwith@usdoj.gov

 */s/ Melanie Krebs-Pilotti*
Melanie Krebs-Pilotti
Cal Bar. No. 241484
Trial Attorney- Antitrust Division
601 D St., NW
Washington, D.C. 20530
(202) 870-7457
melanie.krebs-pilotti2@usdoj.gov