# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|                                |   |                      |
|--------------------------------|---|----------------------|
| UNITED STATES OF AMERICA       | : |                      |
| v.                             | : | No. 24-CR-290 (DLF)  |
| MICHAEL PICCIUTO,              | : |                      |
|     Defendant. | : |                      |

## GOVERNMENT EXHIBIT AND WITNESS LISTS IN ADVANCE OF EVIDENTIARY HEARING

The government submits the exhibit and witness lists below in advance of the evidentiary hearing scheduled for January 21, 2025.

I.   Government Exhibit List

At the evidentiary hearing, the United States intends to introduce the following exhibits:

- Exhibit 1: Recorded Preamble
- Exhibit 2: First attempt at interview with recording error
- Exhibit 3: Recorded interview
- Exhibit 4: Signed Advice of Rights form
- Exhibit 5: ECF #1 Complaint
- Exhibit 6: ECF # 5 Arrest Warrant
- Exhibit 7A: Search Warrant Affidavit
    - Exhibit 7B: Search Warrant Attachment A
    - Exhibit 7C: Search Warrant Attachment B
    - Exhibit 7D: Search Warrant Application
- Exhibit 8: Executed search warrant return form & receipt of property

The government reserves the right to supplement these submissions as appropriate.

II.     Government Witness List

At the evidentiary hearing, the United States intends to call the following witness:

- FBI Special Agent Amihr Bess

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              UNITED STATES ATTORNEY
                              D.C. Bar No. 481052

By:     /s/ *Melanie Krebs-Pilotti*
        MELANIE KREBS-PILOTTI
        DOJ Antitrust Division- Detail to USAO-DC
        601 D Street, N.W.
        Washington, D.C. 20530
        Cal Bar. 241484
        (202) 870-7457
        Melanie.krebs-pilotti2@usdoj.gov

        Matthew Beckwith
        DC Bar No: 90014452
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20004
        (202) 252-7109
        Matthew.beckwith@usdoj.gov